| AO 10 Rev. 1/2018 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Tunheim, John R. | 2. Court or Organization<br><br>District of Minnesota | 3. Date of Report<br><br>02/04/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>15 United States Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Norwegian-American Historical Association (nonprofit organization) |
| 2. | Director | CEELI Institute, Prague |
| 3. | Advisor, Chair | Advisory Board to the Humphrey School of Public Affairs at the University of Minnesota |
| 4. | Member | National Advisory Council for Concordia Language Villages, Concordia College, Moorhead, MN |
| 5. | Board Member | Board of Advisors, University of Minnesota Law School, Minneapolis, MN |
| 6. | Member | Minnesota Law Review Alumni Advisory Board, University of Minnesota Law School |
| 7. | Council Member | Govt & Public Sector Lawyers Division, American Bar Assocation |
| 8. | Council Member, Chair | Central and European and Eurasian Law Institute, American Bar Association |
| 9. | Co-Chair | The Fellows of the American Bar Foundation, American Bar Foundation -- Minnesota Chapter |
| 10. | Member | Board of Trustees for the Oslo Center for Peace and Human Rights - Norway |
| 11. | Board Member | The RAND Institute for Civil Justice |
| 12. | Board Member | Duke Law Center for Judicial Studies Board |
| 13. | Committee Member | Criminal Justice Section, American Bar Association |
| 14. | Board Member | Rule of Law Iniative Council, American Bar Association |
| 15. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 02/04/2019 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 02/04/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. January 1 | Conservation Reserve Program, Farm Service Agency, USDA | $9,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Self employed Public Relations Consultant |
| 2. 2017 | Landscape Structures, Inc., Delano, MN (Board Member compensation) |
| 3. 2017 | McKnight Foundation |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association - Govt & Public Sector Lawyers Div. | February 3-5, 2017 | Miami, FL | Council Meeting | Transportation, meals and lodging |
| 2. | CEELI Institute | March 20-22 | Prague, Czech Republic | Conference (speaker) | Transportation, meals and lodging |
| 3. | ABA Rule of Law Initiative | May 3-5 | Washington, DC | Board Meeting | Transportation, meals and lodging |
| 4. | American Bar Assocation of Criminal Justice Section | November 3-4 | Washington, DC | Council Meeting | Transportation, meals and lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 02/04/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 02/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab Bank Sweep (formerly Schwab Bank Deposit) | A | Int./Div. | J | T | | | | | |
| 2. American Funds: American Balanced Fund C1 F1 | | None | | | Sold | 1/12/17 | M | | |
| 3. Vanguard Strategic SmallCap Equity Fund Inv | B | Dividend | K | T | | | | | |
| 4. American Funds: New World Fund C1 F1 | | None | | | Sold | 01/12/17 | J | | |
| 5. BlackRock Global Allocation Fund C1 A | | None | | | Sold (part) | 04/17/17 | J | | |
| 6. | | | | | Sold | 05/18/17 | L | | |
| 7. Schwab Bank Sweep (formerly Schwab Bank Deposit) | A | Interest | J | T | | | | | |
| 8. American Funds: Growth Fund of America C1 Re | C | Dividend | L | T | | | | | |
| 9. American Funds: Investment Co of Amer Fund C1 R3 | C | Dividend | L | T | | | | | |
| 10. American Funds: EuroPacific Growth Fund C1 R3 | A | Dividend | K | T | | | | | |
| 11. American Balanced Fund C1 F1 | | None | | | Sold | 01/12/17 | K | | |
| 12. American Funds: American Balanced Fund C1 R3 | C | Dividend | L | T | Buy (add'l) | 01/23/17 | J | | |
| 13. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 14. | | | | | Buy (add'l) | 02/17/17 | J | | |
| 15. | | | | | Buy (add'l) | 02/28/17 | J | | |
| 16. | | | | | Buy (add'l) | 03/10/17 | J | | |
| 17. | | | | | Buy (add'l) | 04/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 04/21/17 | J | | |
| 19. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 20. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 21. | | | | | Buy (add'l) | 06/16/17 | J | | |
| 22. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 23. | | | | | Buy (add'l) | 07/19/17 | J | | |
| 24. | | | | | Buy (add'l) | 07/31/17 | J | | |
| 25. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 26. | | | | | Buy (add'l) | 08/30/17 | J | | |
| 27. | | | | | Buy (add'l) | 10/03/17 | J | | |
| 28. Fidelity Balanced Fund | C | Dividend | L | T | Buy (add'l) | 04/18/17 | J | | |
| 29. James Balanced Golden Rainbow Fund | A | Dividend | | | Sold | 04/17/17 | L | B | |
| 30. American Funds: Bond Fund of America C1 R3 | A | Dividend | K | T | | | | | |
| 31. BlackRock Global Allocation Fund C1 Instl | C | Dividend | L | T | Buy | 05/18/17 | L | | |
| 32. American Funds: American Balanced Fund C1 F2 | C | Dividend | | | Buy | 01/12/17 | M | | |
| 33. | | | | | Sold (part) | 09/14/17 | N | | |
| 34. | | | | | Sold | 10/12/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 02/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Funds: American Balanced Fund C1 F3 | D | Dividend | N | T | Buy | 09/14/17 | N | | |
| 36. | | | | | Sold (part) | 09/21/17 | J | A | |
| 37. | | | | | Buy (add'l) | 10/12/17 | J | | |
| 38. American Funds: New World Fund C1 F2 | A | Dividend | K | T | Buy | 01/12/17 | J | | |
| 39. American Funds: American Balanced Fund C1 F2 | C | Dividend | L | T | Buy | 01/12/17 | K | | |
| 40. | | | | | Buy (add'l) | 04/17/17 | K | | |
| 41. Mairs & Power Balanced | B | Dividend | K | T | Buy | 04/17/17 | K | | |
| 42. Wells Fargo Bank Accounts | A | Interest | K | T | | | | | |
| 43. Hiway Federal Credit Union Accounts | A | Interest | J | T | | | | | |
| 44. Honeywell Retirement Benefit Plan | A | Int./Div. | M | T | | | | | |
| 45. State of Minnesota Deferred Compensation Account | A | Int./Div. | J | T | | | | | |
| 46. Farmland, Marshall County, MN | D | Rent | K | W | | | | | |
| 47. American Funds: Capital Income Bldr Fund A | B | Dividend | J | T | | | | | |
| 48. American Funds: Capital World Grw & Inc. Fund A | A | Dividend | J | T | | | | | |
| 49. American Funds: Washington Mutual Invs Fd C1 A | B | Dividend | J | T | | | | | |
| 50. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 02/04/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

III.  Non-Investment Income.  Although payment is from the Federal Government, I am listing payment received from the Conservation Reserve Program, Farm Service Agency, USDA in this section as well as section VII.

VII. "Schwab Bank Deposit" is now known as "Schwab Bank Sweep."

Line 46 has been reported on previous reports.  In 2016 I entered into an agreement with the Conservation Reserve Program, Farm Service Agency, USDA, and receive income.  The "Type" of income listed does not describe these payments, so I selected "RENT".  The CRP payments have been listed in both sections III and VII.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John R. Tunheim**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544